UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBONY S. LOVE, ALSO KNOWN AS EBONIE GRAYSON,<br><br>                       Plaintiff,<br><br>-against-<br><br>OFFICE OF CHILDREN AND FAMILY SERVICES; RECORDS APPEAL OFFICER,<br><br>                       Defendants. | 21-CV-02126 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 18, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service. (ECF 1 at 8.)

SO ORDERED.

Dated:   March 18, 2021
            New York, New York

                                                                     _Louis L. Stanton_
                                                                       Louis L. Stanton
                                                                            U.S.D.J.